**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Y.A.A.,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-04481-PHX-JJT

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging Petitioner's immigration detention. (Doc. 7.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 12.) Petitioner thereafter filed an Amended Petition. (Doc. 14.) In Respondents' untimely Response, Respondents state: "Respondents do not oppose the amended habeas petition or Petitioner's requested relief of release from custody." (Doc. 15.) The Court accepts this concession as non-opposition to granting the Amended Petition.

Further, Respondents do not address Petitioner's claim that Respondents must move to reopen Petitioner's removal proceedings prior to designating a third country of removal; the Court finds any opposition to that claim waived. *See N-E-M-B v. Wamsley*, No. CV-25-00989-SI, 2025 WL 3527111, at *7-8 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have waived such challenges and conceded those aspects of the Petition."); *Soleimani v. Larose*, No CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal.

Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims").

**IT IS ORDERED:**

(1) Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 7) is **granted**.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents are further enjoined from removing Petitioner to any country not designated in his order of removal unless Respondents properly reopen Petitioner's removal proceedings; designate that third country of removal in Petitioner's removal proceedings; and appoint representation of Petitioner by a Qualified Representative through the National Qualified Representative Program, as a reasonable disability accommodation and adequate due process protection.

(4) Respondents must provide a notice of compliance within two days of this Order.

(5) Any remaining pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 24th day of September, 2026.

Honorable John J. Tuchi
United States District Judge